# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
Case No. 10-md-02183-SEITZ

IN RE: Brican America LLC
Equipment Lease Litigation

_____/

## ORDER CLOSING MULTIDISTRICT LITIGATION

This matter is before the Court on Plaintiffs' Motion to Terminate MDL [DE-518]. This multidistrict litigation had six component cases, two of which originated in the Southern District of Florida. The other four cases were transferred into the Southern District of Florida and assigned new case numbers. [*See* DE-1 at 3; DE-7; DE-8; DE-10; DE-11; DE-107; DE-125.] Those four cases have been dismissed:

| Case Name | District | Case No. | Dismissal[1] |
|---|---|---|---|
| Vijay Patel, et al. v. NCMIC Finance Corp., et al. | C.D. Cal. | 8:10-00453 | |
| | S.D. Fla. | 1:10-22959 | Dec. 20, 2013 [DE-499] |
| Vijay Patel et al. v. NCMIC Finance Corp., et al. | C.D. Cal. | 8:10-01493 | |
| | S.D. Fla. | 1:11-20462 | Dec. 20, 2013 [DE-499] |
| Peter M. Blauzvern DDS PC, et al. v. Brican America, Inc., et al. | S.D. Fla. | 1:10-20782 | |
| Steven Wigdor O.D., PA, et al. v. NCMIC Finance Corp., et al. | S.D. Fla. | 1:10-21608 | |
| Dr. Frank Derienzo v. Brican America, LLC, et al. | D.N.J. | 2:10-01173 | |
| | S.D. Fla. | 1:10-22973 | Feb. 2, 2011 [DE-86] |
| Stuart Tasman, et al. v. Brican America, Inc., et al. | N.D. Ga. | 1:10-01807 | |
| | S.D. Fla. | 1:10-23307 | Jan. 6, 2011 [DE-59] |

---

[1]     Docket entries refer to S.D. Fla. Case No. 10-md-02183.

Therefore, as of December 20, 2013, there has been no need for this matter to continue as a multidistrict litigation, and no component cases to remand. The Court has kept the MDL open for administrative convenience because it ensured that all filings would remain in the same docket. At the February 17, 2015 hearing, Plaintiffs asked the Court to keep the MDL open until Rule 54(b) judgments were entered. [*See* DE-607 at 66.] Those judgments have been entered, and so it is time to close the MDL. The remaining cases will be consolidated by separate order entered in those cases.

Accordingly, it is

ORDERED that

1) Plaintiffs' Motion to Terminate MDL [DE-518] is GRANTED.

2) This multidistrict litigation is CLOSED.

DONE and ORDERED in Miami, Florida, this __7__$^{TH}$ day of August, 2015.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   The Hon. Andrea M. Simonton
      Counsel of Record
      Clerk of the MDL Panel

- 2 -